AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**JUAN CRUZ**

# CRIMINAL COMPLAINT

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge

and belief.  On or about _____**June 28, 2006**_____ in ___**WASHINGTON**___ county, in the _____ District of

___**COLUMBIA**___ defendant(s) did, (Track Statutory Language of Offense)

knowingly travel into the District of Columbia from the State of Maryland for the purpose of engaging in illicit sexual conduct, that is a sex act as defined in 18 U.S.C. 2246(2), with a person under 18 years of age and said sexual act would be a violation of Chapter 109A of Title 18 United States Code, specifically 18 U.S.C. 2243, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

in violation of Title ____**18**____ United States Code, Section(s) _____**2423(b)**_____ .

I further state that I am _____**DETECTIVE MIGUEL MIRANDA**_____, and that this complaint is

based on the following facts:

## SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:          ☒ Yes   ☐ No

_____
Signature of Complainant
**DETECTIVE MIGUEL MIRANDA**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____ at ___**Washington, D.C.**_____
Date                                        City and State

_____          _____
Name & Title of Judicial Officer          Signature of Judicial Officer