**STATEMENT OF FACTS**

Starting on June 13, 2006 and ending on June 27, 2006, the defendant, Juan Cruz, using the screen name "iwantphatchicks" initiated several conversations via the internet with a undercover Metropolitan Police Department ("MPD") detective, who posed as a thirteen year old girl. The detective identified himself as a thirteen year old girl residing in the District of Columbia. The defendant, Juan Cruz, using the above screen name, identified himself as a twenty-six year old male who resides in Silver Spring, Maryland. During one of their conversations, the defendant sent a picture of himself sitting in a chair. In addition, during the course of their conversations, the defendant suggested to the undercover that they engage in sexual intercourse. The defendant assured the undercover that he would bring protection to prevent pregnancy and disease.

On June 27, 2006, the defendant made arrangements to meet the undercover officer at the Rhode Island Avenue Metro Station, Northeast, Washington, D.C. at 9:30. The defendant told the undercover officer that he would be wearing blue pants and a grey shirt. The defendant told the undercover to meet him at the D 8 bus stop. At approximately 10:00 a.m., MPD officers saw the defendant sitting in the D T 18 bus stop. The defendant was wearing black slacks and a grey shirt. Officers placed the defendant under arrest. After arrest, the defendant told officers that he did in fact travel from Maryland to Washington, D.C. to meet a thirteen year-old female for the purpose of engaging in sexual intercourse.

_____
DETECTIVE MIGUEL MIRANDA
METROPOLITAN POLICE DEPARTMENT

Sworn and subscribed before me
on this \_\_\_\_ day of June, 2006.

_____
U.S. MAGISTRATE JUDGE